Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: 12/21/2015

Case: Barschawa v Teva Pharma.

Civ. A. 15 - 5216 (FB)(VMS)

ECF Recording in 504N:        ☐ Telephone Conference        ☑ In-person Conference

9:15 - 9:42

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☑ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder           ☐ To be served    ☐ To be filed
        ☐ Complaint ☐ Answer                ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☑ Status conference                          Date: 2/8/16   Time: 3:45 pm
        ☐ In person ☑ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☑ Summary judgment to be initiated           ☑ PMC letter ☐ Briefing  1/29/16

☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                      Date:              Time:

Page 1 of 2

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Bacchiano v Teva PL. Civ. A. 15-5216

Date: 12/21/2015

**Additional Orders:**

The parties dispute whether the pharma/medical device used by π was manufactured by Δ. π is to expeditiously obtain & provide π's medical and pharmaceutical records by subpoena as necessary. Δ is auto to provide any records as to π's device (which Δ deny manufacturing). Counsel are to confer as to whether the SJ motion is necessary as to identification of the proper Δs. By 2/18/16 Counsel are to be prepared to discuss whether discovery is necessary, and if so their proposed schedule.

Page 2 of 2