UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE BACCHIANO,<br><br>      Plaintiff,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICALS,<br><br>      Defendants. | Case No. 15-cv-05216 (FB)(VMS) |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

  The parties plaintiff Nicole Bacchiano, and defendants Teva Pharmaceuticals USA, Inc., and Teva Women's Health, Inc. (d/b/a Teva Pharmaceuticals) ("Defendants"), hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be dismissed without prejudice and without costs or fees to any party. Defendants' stipulation is subject to and dependent upon Plaintiff's representation and agreement that any re-filing, or other prosecution, of any claim against any of the Defendants, shall be in this Court only. Defendants agree that the applicable statute of limitations is tolled as of the date plaintiff's Complaint was filed in this case.

Dated: January 28, 2016          Respectfully submitted,

/s/Kristen N. Sinnott (KS-7707)       /s/ Mary Lynn Tate
Joseph G. Dell, Esq. (7315)         Jeffrey F. Peck, Esq. (*pro hac vice*)
Kristen Sinnott, Esq. (7707)         Mary Lynn Tate, Esq. (*pro hac vice*)
DELL & DEAN, PLLC           ULMER & BERNE LLP
*Attorneys for Plaintiff,*           *Attorneys for Defendants,*
*Nicole Bacchiano*            *Teva Pharmaceuticals USA, Inc. and*
1225 Franklin Ave., Suite 450       *Teva Women's Health, Inc. d/b/a Teva*
Garden City, NY 11530          *Pharmaceuticals*
E-mail: jdell@triallawa.com        600 Vine Street, Suite 2800
E-mail: ksinnott@triallaw.com       Cincinnati, OH 45202
Tel: (516) 880-9700           E-mail: jpeck@ulmer.com
Fax: (516) 880-9707           E-mail: mtate@ulmer.com

1

       Tel:  (513) 698-5000
       Fax:  (513) 698-5001


       /s/ Allan I Young
       Allan I. Young, Esq.
       PORZIO, BROMBERG & NEWMAN, P.C.
       *Attorneys for Defendants,*
       *Teva Pharmaceuticals USA, Inc. and*
       *Teva Women's Health, Inc. d/b/a Teva*
       *Pharmaceuticals*
       156 West 56th Street
       New York, NY 10019
       E-mail:  aiyoung@pbnlaw.com
       Tel:  (212) 265-6888
       Fax:  (212) 957-3983